**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| LEONEL COSTA, on behalf of himself and others similarly situated )<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>NORWICH COMMERCIAL GROUP, INC. )<br>d/b/a NORCOM MORTGAGE )<br>    *Defendant*. )<br>) | CASE NO.: 3:21-CV-01126-SRU<br><br><br><br><br><br><br>DECEMBER 6, 2021 |

**MOTION FOR ADMISSION PRO HAC VICE**

The undersigned hereby moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Daniel J.T. McKenna, representing Norwich Commercial Group, Inc. d/b/a Norcom Mortgage ("Norcom"), *pro hac vice*, as a visiting attorney in this matter. In support of this motion and pursuant to the aforementioned rule, the affidavit of Daniel J.T. McKenna is attached hereto as **Exhibit A**. In further support of this motion, the undersigned submits the following:

Daniel J.T. McKenna is an attorney in the law firm of Ballard Spahr, LLP, which firm was retained by Norcom to represent its interests in the above-captioned action. Ballard Spahr and Attorney McKenna have a longstanding attorney-client relationship with Norcom that predates the above-referenced case and, therefore, have acquired a specialized skill and knowledge with respect to the affairs of Norcom, which knowledge is important to the litigation and trial of the above-entitled matter. As such, Norcom has requested that Attorney McKenna be granted visiting attorney status in this matter and that he be permitted to appear pursuant to the pertinent Local Rules of Civil Procedure which allow for that admission.

Attorney McKenna is a member in good standing of the Bar of the State of New Jersey and a member in good standing of the Bar of the Commonwealth of Pennsylvania. He has never had a disciplinary or grievance proceeding filed against him, nor has he ever been denied admission in any court or held in contempt or censured, suspended, disbarred or otherwise disciplined by any court or disciplinary committee.  His office address is 1735 Market Street – 51st Floor, Philadelphia, Pennsylvania 19103.

The granting of this motion would not delay the litigation or otherwise prejudice the parties to the case, nor require any modification of a case scheduling order.  In fact, this case was only just filed in the Connecticut District Court on August 23, 2021.

In addition, the movant has accompanied this motion with payment of $200.00 to the Clerk of the Court as is required by Local Rule of Civil Procedure 83.1(d)(3).

    Respectfully Submitted,
    NORWICH COMMERCIAL GROUP, INC.
    d/b/a NORCOM MORTGAGE

    By Its Attorneys,

By:   /s/ Robert I. Paterno
    Robert I. Paterno
    Federal Bar No. ct26715
    Natale & Wolinetz
    116 Oak Street
    Glastonbury, Connecticut 06033
    Telephone: (860) 430-1802
    Facsimile: (860) 430-1809
    *rpaterno@natalelawfirm.com*

**CERTIFICATE OF SERVICE**

     I hereby certify that, on this 6th day of December, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/Robert I. Paterno
                                                  Robert I. Paterno