## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| LEONEL COSTA, on behalf of himself and others similarly situated<br>    *Plaintiff*,<br><br>v.<br><br>NORWICH COMMERCIAL GROUP, INC. d/b/a NORCOM MORTGAGE<br>    *Defendant*. | CASE NO.: 3:21-CV-01126-SALM<br><br><br><br><br><br><br><br><br>APRIL 20, 2022 |

### MOTION FOR ADMISSION OF FANTA FREEMAN PRO HAC VICE

The undersigned hereby moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Fanta Freeman, representing Norwich Commercial Group, Inc. d/b/a Norcom Mortgage ("Norcom"), *pro hac vice*, as a visiting attorney in this matter. In support of this motion and pursuant to the aforementioned rule, the affidavit of Fanta Freeman is attached hereto as **Exhibit A**. In further support of this motion, the undersigned submits the following:

Fanta Freeman is an attorney in the law firm of Ballard Spahr, LLP, which firm was retained by Norcom to represent its interests in the above-captioned action. Ballard Spahr and Attorney Freeman have a longstanding attorney-client relationship with Norcom that predates the above-referenced case and, therefore, have acquired a specialized skill and knowledge with respect to the affairs of Norcom, which knowledge is important to the litigation and trial of the above-entitled matter. As such, Norcom has requested that Attorney Freeman be granted visiting attorney status in this matter and that she be permitted to appear pursuant to the pertinent Local Rules of Civil Procedure which allow for that admission.

Attorney Freeman is a member in good standing of the Bar of the Commonwealth of Pennsylvania. She has never had a disciplinary or grievance proceeding filed against her, nor has she ever been denied admission in any court or held in contempt or censured, suspended, disbarred, or otherwise disciplined by any court or disciplinary committee. Her office address is 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania 19103.

The granting of this motion would not delay the litigation or otherwise prejudice the parties to the case, nor require any modification of a case scheduling order.

In addition, the movant has accompanied this motion with payment of $200.00 to the Clerk of the Court as is required by Local Rule of Civil Procedure 83.1(d)(3).

        Respectfully Submitted,
        NORWICH COMMERCIAL GROUP, INC.
        d/b/a NORCOM MORTGAGE

        By Its Attorneys,

        /s/ Robert I. Paterno
        Robert I. Paterno
        Federal Bar No. ct26715
        Natale & Wolinetz
        116 Oak Street
        Glastonbury, Connecticut 06033
        Telephone: (860) 430-1802
        Facsimile: (860) 430-1809
        rpaterno@natalelawfirm.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on this day of April 20, 2022, a copy of the forgoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                    /s/Robert I. Paterno
                    Robert I. Paterno