# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONEL COSTA, on behalf of himself and others similarly situated, : : : Plaintiff, : : v. : : NORWICH COMMERCIAL GROUP, INC. d/b/a NORCOM MORTGAGE : : : Defendant. : | CIVIL ACTION FILE NO. 3:21-cv-1126-SALM |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 41(b), Plaintiff, Leonel Costa, and Defendant, Norwich Commercial Group, Inc. d/b/a Norcom Mortgage, hereby notify the Court that, as the result of mediation, the parties have reached a settlement agreement that they are in the process of reducing to writing. The parties anticipate filing dismissal papers within the next 21 days. Accordingly, the parties respectfully request the Court vacate the oral argument currently scheduled for July 29, 2022, at 10:00 AM.

Respectfully submitted,

**BALLARD SPAHR LLP**

/s/ *Matthew A. Morr*
Matthew A. Morr
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, CO 80202

*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 28, 2022, I electronically filed the foregoing Notice of Settlement using the CM/ECF system, and that notice of such filing was made electronically to the registered counsel of record.

/s/_____*Fanta Freeman*_____