## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONEL COSTA, on behalf of himself and others similarly situated, ) ) ) *Plaintiff*, ) ) v. ) ) NORWICH COMMERCIAL GROUP, INC. ) d/b/a Norcom Mortgage, ) ) *Defendant*. ) | Case No. 3:21-cv-01126-SALM |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.


Date:   August 15, 2022

**/s/ *Anthony I. Paronich***
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for the Plaintiff*

**/s/ *Matthew A. Morr***
Matthew A. Morr
**BALLARD SPAHR LLP**
1225 17th Street, Suite 2300
Denver, CO 80202

*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2022, I electronically filed the foregoing Motion to Extend Scheduling Order using the CM/ECF system, and that notice of such filing was made electronically to the registered counsel of record.

/s/ *Anthony I. Paronich*
Anthony I. Paronich